_____                             ✓ RETAIN
Nancy V. Alquist , U.S. BANKRUPTCY JUDGE                        Evidentiary Hrg: (Y) N

PROCEEDING MEMO - CHAPTER 13

Date: 04/06/2010 Time: 03:15

06-14881 Tawanna R Green

(PRO SE Tawanna R Green)(Debtor)

(Gerard R. Vetter (Trustee))

[131] Emergency Motion to Sell 2002 Watch Point Court, Odenton MD 21113. Notice Served on 3/22/2010, Filed by Tawanna R Green . Objections due by 4/15/2010. Hearing scheduled for 04/20/2010 at 03:15 PM - Courtroom 2-A.
Movant: Tawanna Green (no aty)

[132]   Objection on behalf of Gerard R. Vetter Filed by Gerard R. ^11Vetter (related document(s)[131] Motion to Sell and Notice of Motion filed by Debtor Tawanna R Green). (^11Vetter, Gerard)
Movant: Gerard Vetter (no aty)

[135] Supplemental Objection on behalf of Gerard R. Vetter Filed by Gerard R. ^14Vetter (related document(s)[131] Motion to Sell and Notice of Motion filed by Debtor Tawanna R Green). (^14Vetter, Gerard)
Movant: Gerard Vetter (no aty)

*[handwritten: Dan Grady Realtor]*

*[handwritten: Debtor Directed to work with Trustee in interim]*

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
Denied without/with leave to amend by:___ Conf'd___ Dismissed
Continued to: *May 18, 2010 at 3:15*

Other Matters:         (List Paper No next to ruling)

*[handwritten: Debtor suggests Both and GMAC will not in advance waive the deficiency but will decide later (but can't waive of deficiency)]*

    Granted     ____      Sustained    ____     Denied    ____
    Overruled   ____      Withdrawn    ____     Under Adv. ____
    Moot        ____      Consent      ____     Dismissed  ____
    O.T.J. Fee  ____

DECISION:

[ ] Signed by Court       [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES:
*[handwritten:
Trustee notes first
- Not a Motion to sell Free and Clear
- Consent of 2nd — Not Clear
- Not Clear that deficiency claim resulting from sale will be forgiven — me and if not, will swamp unsecureds.]*

**RECEIVED**

APR 0 7 2010

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE